## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**CRAIG DEVLIN,**                              :

       **Petitioner**        :        **CIVIL ACTION NO. 3:19-1276**

   **v.**                                   :           **(JUDGE MANNION)**

                       :

**WARDEN WHITE,**                            :

       **Respondent**       :

                       :

## <u>ORDER</u>

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. <u>1</u>) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 10, 2020**
19-1276-01